CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

March 1, 2024

Nathan P. Wacker, Esq.
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, NW
Washington, DC  20005

Judith Ann Hagley, Esq.
U.S. Department of Justice
Tax Division, Appellate Section
P.O. Box 502
Washington, DC  20044

RE:  No. 23-1410 – Liberty Global, Inc. v. United States of America

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **April 30, 2024**.

Sincerely,

Kevin J. Kinnear

KJK:dm