# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

|  |  |
|---|---|
| v. | Case No. |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of  National Foreign Trade Council, Inc.
[Party Name(s)]

certifies[1] as follows:

☐     The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☑     There is no information to disclose pursuant to Fed. R. App. P. 26.1.

5/6/2024
Date

/s/ Rocco Femia
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Disclosure Statement
              [date]

_____
[name of party]

at_____,
[address]

the last known address/email address, by

_____.
[method of service]

5/6/2024
Date

/s/ Rocco Femia
Signature