UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 21, 2026


Christopher P. Bowers
Shay Dvoretzky
Rajiv Madan
Parker Andrew Rider-Longmaid
Royce L. Tidwell
Sylvia Tsakos
Nathan P. Wacker
Skadden, Arps, Slate, Meagher & Flom
1440 New York Avenue, NW
Washington, DC 20005

Jeremy Patashnik
Skadden, Arps, Slate, Meagher & Flom
One Manhattan West
New York, NY 10001-8602

Gregory S. Tamkin
Dorsey & Whitney
1400 Wewatta Street, Suite 400
Denver, CO 80202-5549


**RE:     23-1410, Liberty Global v. United States**
        Dist/Ag docket: 1:20-CV-03501-RBJ

Dear Counsel:

Enclosed is a copy of the opinion of the court issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. 40(d)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed.

R. App. P. Rule 40 and 10th Cir. R. 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:      Tyler S. Badgley
Jonathan C Bond
Jesse Aaron Boretsky
David Brotz
George Millington Clarke
Michael Desmond
Matthew Donnelly
Rocco V. Femia
George Matthew Gerachis
Anne Gordon
Gary Huffman
Joseph Brant Judkins
Robert John Kovacev
Tyler Kubik
Tyler Martinez
Richard Moskowitz
Kevin Otero
Kathleen Pakenham
Kevin Ryan Palmer
Jennifer Marie Rubin
Carlton Aline Tarpley
Jeffrey Tebbs
Lucas C. Townsend
Joy Williamson
Lauren Willard Zehmer

CMW/sds

2